WILLIAM R. TAMAYO, Regional Attorney
DEBRA A. SMITH, Senior Trial Attorney
EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
San Francisco District Office
350 The Embarcadero, Suite 500
San Francisco, CA 94105-1260
JOHN F. STANLEY, Supervisory Trial Attorney
CARMEN FLORES, Senior Trial Attorney
MAY CHE, Senior Trial Attorney
EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
Seattle Field Office
909 FIRST AVENUE, SUITE 400
SEATTLE, WA  98104
TEL: (206) 220-6853
carmen.flores@eeoc.gov

ATTORNEYS FOR PLAINTIFF

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br>             Plaintiff,<br>and<br><br>ELODIA SANCHEZ,<br><br>        Plaintiff-Intervenor,<br>vs.<br><br>EVANS FRUIT CO., INC.<br>                Defendant,<br><br>and | CIVIL ACTION NO.  10-3033-LRS<br><br><br><br>PLAINTIFFS' RESPONSE TO ORDER ON MOTION FOR PROTECTIVE ORDER-(BIFURCATION) |

Plaintiffs' Response to Motion on Protective Order - 1

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
Seattle Field Office
909 First Avenue, Suite 400
Seattle, Washington  98104-1061
Telephone:  (206) 220-6883
Facsimile:  (206) 220-6911
TDD:  (206) 220-6882

| | |
|---|---|
| JUAN MARIN and ANGELITA MARIN, a marital community,<br><br>       Defendant-Intervenors. | |

Plaintiff EEOC and Plaintiff-Intervenor Elodia Sanchez (jointly Plaintiffs) respectfully submit this memorandum opposing bifurcation of this case.

The EEOC and Ms. Sanchez believe that the issue of bifurcation is now moot for the following reasons. This Court has noted that immigration status, although clearly irrelevant to a liability determination and clearly irrelevant to non-pecuniary losses, had potential relevance to a determination of certain actual pecuniary damages (*i.e.,* back pay) in the event the employer was found liable. (*See* Court Dkt. No. 266 pg. 3, lines 4-6; 20-22; fn. 1). On April 29, 2011 Ms. Sanchez filed a Response to the Motion for Protective Order in which she withdrew her back pay claim under WLAD and her Negligent Infliction of Emotional Distress claims based on her understanding that immigration status and medical information would not be relevant. (*See* Court Dkt. No. 270, pg. 2, lines 8-11). Therefore, in light of Plaintiff-Intervenor's withdrawal of these claims, and given that immigration status is not relevant as to liability or non-pecuniary damages, bifurcation is not necessary. Accordingly, neither is it necessary to bifurcate discovery, which should move forward on all issues at this point.

Plaintiffs' Response to Motion on Protective Order - 2

EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION
Seattle Field Office
909 First Avenue, Suite 400
Seattle, Washington  98104-1061
Telephone:  (206) 220-6883
Facsimile:  (206) 220-6911
TDD:  (206) 220-6882

Finally, and as stated previously in EEOC's Response to Evans Fruit's Motion for Declaratory Rulings RE: Burden of Proof (Ct. Dkt. 234), the EEOC filed this case pursuant to § 706 of Title VII of the Civil Rights Act of 1964, as amended, and as such expects to prove the liability and damages claims of each victim individually at one trial, before one jury.  Consistent with the foregoing, the EEOC does **not** seek to bifurcate the instant case into Stage I liability and Stage II damages phases.  A single jury should sit at trial because the alleged harassing conduct, Defendant's failure to fulfill its legal obligations in responding to the conduct, and the effect this had on each claimant are interrelated evidentiary matters.  Accordingly, one jury should evaluate evidence as to all liability claims *and* all claims for non-pecuniary compensatory damages and punitive damages.

//

//

//

//

//

//

//

//

Plaintiffs' Response to Motion on Protective Order - 3

EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION
Seattle Field Office
909 First Avenue, Suite 400
Seattle, Washington  98104-1061
Telephone:  (206) 220-6883
Facsimile:  (206) 220-6911
TDD:  (206) 220-6882

RESPECTFULLY SUBMITTED:

DATED this 10th day of May, 2011.

| | |
|---|---|
| WILLIAM R. TAMAYO<br>Regional Attorney | P. DAVID LOPEZ<br>General Counsel |
| JOHN STANLEY<br>Supervisory Trial Attorney | JAMES L. LEE<br>Deputy General Counsel |
| CARMEN FLORES<br>Senior Trial Attorney | GWENDOLYN Y. REAMS<br>Associate General Counsel |
| DEBRA SMITH<br>Senior Trial Attorney | Office of the General Counsel<br>131 M Street, NE, 5th Floor<br>Washington, D.C. 20507 |
| MAY CHE<br>Senior Trial Attorney | |

BY: __/s/ Carmen Flores_____
EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

Attorneys for Plaintiff EEOC


NORTHWEST JUSTICE PROJECT

By: ___/s/ Blanca E. Rodriguez_____
Blanca E. Rodriguez, WSBA # 27745

Attorneys for Elodia Sanchez

Plaintiffs' Response to Motion on Protective Order - 4

EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION
Seattle Field Office
909 First Avenue, Suite 400
Seattle, Washington 98104-1061
Telephone: (206) 220-6883
Facsimile: (206) 220-6911
TDD: (206) 220-6882

# CERTIFICATE OF SERVICE

**I hereby certify that this 10th Day of May, 2011**, I electronically filed the foregoing "**PLAINTIFF EEOC'S RESPONSE TO MOTION FOR PROTECTIVE ORDER**" with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following:

| | |
|---|---|
| Carolyn Cairns | cc@stokeslaw.com |
| Brendan Monahan | Brendan.Monahan@stokeslaw.com |
| Justo Gonzalez | Justo.Gonzalez@stokeslaw.com |
| Sarah Wixson | Sarah.Wixson@stokeslaw.com |
| Daniel Robbins Case | Rob@LBPlaw.com |

DATED this 10th day of May, 2011.

/s/ _Carmen Flores_____
Senior Trial Attorney for Plaintiff
Equal Employment Opportunity Commission
909 First Avenue, Suite 400
Seattle, WA  98104
Telephone:  (206) 220-6853
Fax:  (206) 220-6911
carmen.flores@eeoc.gov

Plaintiffs' Response to Motion on Protective Order - 5

**EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**
**Seattle Field Office**
909 First Avenue, Suite 400
Seattle, Washington  98104-1061
Telephone:  (206) 220-6883
Facsimile:  (206) 220-6911
TDD:  (206) 220-6882