William R. Tamayo, Regional Attorney
EQUAL EMPLOYMENT OPPORTUNITY
   COMMISSION
San Francisco District Office

John Stanley, Supervisory Trial Attorney
Carmen Flores, Senior Trial Attorney
May Che, Senior Trial Attorney
Jamal Whitehead, Senior Trial Attorney
EQUAL EMPLOYMENT OPPORTUNITY
   COMMISSION
Seattle Field Office
909 First Avenue, Suite 400
Seattle, WA 98104
Tel: 206.220.6853

Attorneys for Plaintiffs

Blanca E. Rodriguez, WSBA # 27745
Northwest Justice Project
510 Larson Building
6 S. Second Street
Yakima, Washington 98901
Tel:  (509) 574-4234 x 22

Attorney for Plaintiff-Intervenor

HONORABLE LONNY R. SUKO

# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF WASHINGTON
# AT YAKIMA

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION<br><br>     Plaintiff,<br><br>ELODIA SANCHEZ<br><br>     Plaintiff-Intervenor,<br><br>v. | No. 10-CV-3033-LRS<br><br>**MOTION FOR RECONSIDERATION OF PLAINTIFF-INTERVENOR'S MOTION FOR PROTECTION ORDER**<br><br>Noted: July 8, 2011<br><br>Without Oral Argument |

| | |
|---|---|
| 1 | EVANS FRUIT CO., INC. |
| 2 | Defendant, |
| 3 | and |
| 4 | |
| 5 | JUAN MARIN and ANGELITA MARIN, a marital community, |
| 6 | |
| 7 | Defendants-Intervenors. |

Plaintiff Equal Employment Opportunity Commission (the "Commission") and plaintiff-intervenor Elodia Sanchez jointly move the Court to reconsider its Order denying plaintiff-intervenor's Motion for Protection Order filed May 25, 2011 (ECF No. 274). Plaintiffs ask the Court to reconsider its ruling that immigration status is relevant to emotional distress damages and that discovery concerning immigration status will be permitted. Plaintiffs further move that the Court reconsider the portion of the same Order commanding answers to discovery requests for tax records, work authorization documents, medical records, and home and cell phone numbers. Finally, plaintiffs move the Court to allow the trial in this matter to proceed in a unified, as opposed to bifurcated, fashion.

RESPECTFULLY SUBMITTED this 8th day of June, 2011.

U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

P. DAVID LOPEZ
General Counsel

WILLIAM TAMAYO
Regional Attorney

**MEMO. ISO PL.'S MOT. FOR RECONS. (10-CV-3033-LRS)- 1**

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
SEATTLE FIELD OFFICE
909 FIRST AVENUE, SUITE 400
SEATTLE, WASHINGTON  98104-1061
(206) 220-6883

| | |
|---|---|
| JOHN STANLEY<br>Supervisory Trial Attorney | JAMES L. LEE<br>Deputy General Counsel |
| CARMEN FLORES<br>Senior Trial Attorney | GWENDOLYN Y. REAMS<br>Associate General Counsel |
| MAY CHE<br>Senior Trial Attorney | OFFICE OF THE GENERAL COUNSEL<br>131 M Street, NE<br>Washington, D.C.  20507 |
| JAMAL N. WHITEHEAD<br>Senior Trial Attorney | |

BY:   *s/Jamal Whitehead*
         Jamal Whitehead

*Attorneys for Plaintiffs*

NORTHWEST JUSTICE PROJECT

AND

BY:     *s/ Blanca E. Rodriguez*
         Blanca Rodriguez, WSBA #27745
         Northwest Justice Project
         510 Larson Building
         6 S. Second Street
         Yakima, WA 98901
         Tel: 509.574.4234
         blancar@nwjustice.org

*Attorneys for Plaintiff-Intervenor*

**MEMO. ISO PL.'S MOT. FOR RECONS.  (10-CV-3033-LRS)- 2**

EQUAL EMPLOYMENT OPPORTUNITY  COMMISSION
*SEATTLE FIELD OFFICE*
909 FIRST AVENUE, SUITE 400
SEATTLE, WASHINGTON  98104-1061
(206) 220-6883

# CERTIFICATE OF SERVICE

I hereby certify that on June 8, 2011, I electronically filed the foregoing document titled **"MOTION FOR RECONSIDERATION OF PLAINTIFF-INTERVENOR'S MOTION FOR PROTECTION ORDER"** with the Clerk of the Court using the CMF/ECF system, which will send notice of such filing to the following individuals listed below:

| | |
|---|---|
| Carolyn Cairns | cc@stokeslaw.com |
| Brendan V. Monahan | bvm@stokeslaw.com |
| Justo G. Gonzalez | jgg@stokeslaw.com |
| Sarah L. Wixson | slw@stokeslaw.com |

Stokes Lawrence
Velikanje Moore & Shore
120 N. Naches Avenue
Yakima, WA 98901-2757
Tel: 509.853.3000

Attorneys for Defendant

Daniel Robbins Case
rob@lbplaw.com
Larson Berg & Perkins PLLC
105 North 3rd Street
PO Box 550
Yakima, WA 98907
Tel: 509.457.1515

Attorneys for Defendants-Intervenors

*s/ Victoria Richardson*
Victoria Richardson, EEOC Paralegal

**CERTIFICATE OF SERVICE (10-CV-03033-LRS)**

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
*SEATTLE FIELD OFFICE*
909 FIRST AVENUE, SUITE 400
SEATTLE, WASHINGTON 98104-1061
(206) 220-6883