William R. Tamayo, Regional Attorney
EQUAL EMPLOYMENT OPPORTUNITY
  COMMISSION

John Stanley, Supervisory Trial Attorney
Carmen Flores, Senior Trial Attorney
May Che, Senior Trial Attorney
Jamal Whitehead, Senior Trial Attorney
EQUAL EMPLOYMENT OPPORTUNITY
  COMMISSION
Seattle Field Office
909 First Avenue, Suite 400
Seattle, WA 98104
Tel: 206.220.6853

Attorneys for Plaintiffs

Blanca E. Rodriguez, WSBA # 27745
Northwest Justice Project
510 Larson Building
6 S. Second Street
Yakima, Washington 98901
Tel:  (509) 574-4234 x 22

Attorney for Plaintiff-Intervenor

HONORABLE LONNY R. SUKO

**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON
AT YAKIMA**

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>         Plaintiff,<br><br>ELODIA SANCHEZ<br><br>         Plaintiff-Intervenor,<br><br>     v.<br><br>EVANS FRUIT CO., INC. | No. 10-CV-3033-LRS<br><br>[PROPOSED] **ORDER GRANTING PLAINTIFF'S MOTION FOR RECONSIDERATION OF PLAINTIFF-INTERVENOR'S MOTION FOR PROTECTION ORDER** |

| | |
|---|---|
| 1 | Defendant, |
| 2 | |
| 3 | and |
| 4 | JUAN MARIN and ANGELITA |
| 5 | MARIN, a marital community, |
| 6 | Defendants-Intervenors. |

This matter came before the Court on July 8, 2011, on Plaintiffs' Motion for Reconsideration in Support for Protective Order. After reviewing the submitted materials and applicable law the Court is fully informed. The Court finds that Plaintiffs' immigration status is irrelevant to the claims involved in this case and that discovery into immigration status and matters related to immigration status would unduly burden and oppress Plaintiffs by discouraging Plaintiffs from asserting their rights under employment laws. Plaintiffs are therefore entitled to a protective order under Fed. R. Civ. P. 26(c)(1), barring all inquiries into immigration status during discovery and trial. As such, the rationale for bifurcating the trial is mooted, and the Court will allow the trial to proceed in a unified fashion.

**ORDER GRANTING PL.'S MOT. FOR RECONS. (10-CV-3033-LRS)- 1**

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
*SEATTLE FIELD OFFICE*
909 FIRST AVENUE, SUITE 400
SEATTLE, WASHINGTON 98104-1061
(206) 220-6883

For the reasons given above, it is hereby ORDERED that:

1. Plaintiffs-intervenor's Motion for Protection Order is GRANTED;

2. Trial will proceed in a unified fashion.

DATED this _____ day of _____, 2011.

          LONNY R. SUKO
          United States District Judge

Presented jointly by:

U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

| | |
|---|---|
| WILLIAM TAMAYO<br>Regional Attorney | P. DAVID LOPEZ<br>General Counsel |
| JOHN STANLEY<br>Supervisory Trial Attorney | JAMES L. LEE<br>Deputy General Counsel |
| CARMEN FLORES<br>Senior Trial Attorney | GWENDOLYN Y. REAMS<br>Associate General Counsel |
| MAY CHE<br>Senior Trial Attorney | OFFICE OF THE GENERAL COUNSEL<br>131 M Street, NE<br>Washington, D.C. 20507 |
| JAMAL N. WHITEHEAD<br>Senior Trial Attorney | |

BY: *s/Jamal Whitehead*
     Jamal Whitehead

*Attorneys for Plaintiffs*

/ / /

/ / /

**ORDER GRANTING PL.'S MOT. FOR RECONS. (10-CV-3033-LRS)- 2**

NORTHWEST JUSTICE PROJECT

AND

BY:   *s/ Blanca E. Rodriguez*
      Blanca Rodriguez, WSBA #27745
      Northwest Justice Project
      510 Larson Building
      6 S. Second Street
      Yakima, WA 98901
      Tel: 509.574.4234
      blancar@nwjustice.org

*Attorneys for Plaintiff-Intervenor*

**ORDER GRANTING PL.'S MOT. FOR RECONS. (10-CV-3033-LRS)- 3**

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
*SEATTLE FIELD OFFICE*
909 FIRST AVENUE, SUITE 400
SEATTLE, WASHINGTON 98104-1061
(206) 220-6883

# CERTIFICATE OF SERVICE

I hereby certify that on June 8, 2011, I electronically filed the foregoing document titled **"[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR RECONSIDERATION OF PLAINTIFF-INTERVENOR'S MOTION FOR PROTECTION ORDER"** with the Clerk of the Court using the CMF/ECF system, which will send notice of such filing to the following individuals listed below:

Carolyn Cairns            cc@stokeslaw.com
Brendan V. Monahan        bvm@stokeslaw.com
Justo G. Gonzalez         jgg@stokeslaw.com
Sarah L. Wixson           slw@stokeslaw.com
Stokes Lawrence
Velikanje Moore & Shore
120 N. Naches Avenue
Yakima, WA 98901-2757
Tel: 509.853.3000

Attorneys for Defendant

Daniel Robbins Case
rob@lbplaw.com
Larson Berg & Perkins PLLC
105 North 3rd Street
PO Box 550
Yakima, WA 98907
Tel: 509.457.1515

Attorneys for Defendants-Intervenors

*s/ Victoria Richardson*, EEOC Paralegal

**CERTIFICATE OF SERVICE (10-CV-03033-LRS)**

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
*SEATTLE FIELD OFFICE*
909 FIRST AVENUE, SUITE 400
SEATTLE, WASHINGTON 98104-1061
(206) 220-6883