IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

Plaintiff,

ELODIA SANCHEZ

Plaintiff-Intervenor,

v.

EVANS FRUIT CO., INC.

Defendant,

and

JUAN MARIN and ANGELITA MARIN, a marital community,

Defendants-Intervenors.

NO. CV-10-3033-LRS

**ORDER RE MOTION FOR CERTIFICATION OF INTERLOCUTORY APPEAL**

Plaintiffs (Plaintiff and Plaintiff-Intervenor collectively) have filed a Motion For Certification Pursuant To 28 U.S.C. §1292(b) and Motion To Stay The Discovery Order Pending Interlocutory Appeal (ECF No. 294). They have filed a Motion To Expedite hearing of the same (ECF No. 299), and Defendant Evans Fruit Co. has filed a response contending hearing should not be expedited, or, if granted, not as quickly as Plaintiffs seek. Having reviewed all of the materials, the court rules as follows:

Plaintiffs' Motion To Expedite (ECF No. 299) is **GRANTED** insofar as Defendant shall serve and file its response to the Motion For Certification no later than **July 8, 2011**, and Plaintiffs shall serve and file their reply no later than **July 13, 2011**. The motion will be considered at issue following the completion of the briefing and the court will rule without need of oral argument. **Pending this ruling, the court's order directing that the discovery in issue be provided by Plaintiff-Intervenor to Defendant within ten (10) days ("Order Denying Motion For Reconsideration" at ECF No. 292) is STAYED**.

**IT IS SO ORDERED.** The District Court Executive is directed to enter this order and to provide copies to counsel of record.

**DATED** this __30th___ day of June, 2011.

***s/Lonny R. Suko***

LONNY R. SUKO
United States District Court Judge