FILED

NOV 15 2011

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION; ELODIA SANCHEZ,<br><br>        Plaintiffs - Petitioners,<br><br> v.<br><br>EVANS FRUIT CO., INC.; JUAN MARIN; ANGELITA MARIN, a marital community,<br><br>        Defendants - Respondents. | No. 11-80235<br><br>D.C. No. 2:10-cv-03033-LRS<br>Eastern District of Washington, Spokane<br><br>ORDER |

Before: O'SCANNLAIN and TROTT, Circuit Judges.

The petition for permission to appeal pursuant to 28 U.S.C. § 1292(b) is denied.

RJ/MOATT