| | | |
|---|---|---|
| 1 | Blanca E. Rodriguez, WSBA #27745 | HONORABLE LONNY R. SUKO |
|   | Northwest Justice Project | |
| 2 | 510 Larson Building | |
|   | 6 S. Second Street | |
| 3 | Yakima, Washington 98901 | |
|   | Tel: (509) 574-4234 x 22 | |
| 4 | Fax: (509) 574-4238 | |

*Attorney for Plaintiffs-Intervenors*

WILLIAM R. TAMAYO, Regional Attorney
JOHN STANLEY, Supervisory Trial Attorney
CARMEN FLORES, Senior Trial Attorney
MAY CHE, Senior Trial Attorney
DEBRA A. SMITH, Senior Trial Attorney
EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
SEATTLE FIELD OFFICE
909 FIRST AVENUE, SUITE 400
SEATTLE, WA 98104
TEL: (206) 220-6853
carmen.flores@eeoc.gov

*Attorneys for Plaintiff EEOC*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION<br><br>    Plaintiff,<br><br>ELODIA SANCHEZ<br><br>    Plaintiff-Intervenor,<br><br>v.<br><br>EVANS FRUIT CO., INC. | No. CV-10-3033-LRS<br><br>PLAINTIFFS' JOINT MOTION TO QUASH A SUBPOENA FOR MID VALLEY COMMUNITY CLINIC AND SUNNYSIDE COMMUNITY HOSPITAL PURSUANT TO FED. R. CIV. P. 45(c) |

PLAINTIFFS' JOINT MOTION TO QUASH A SUBPOENA FOR MID VALLEY COMMUNITY CLINIC AND SUNNYSIDE COMMUNITY HOSPITAL PURSUANT TO FED. R. CIV. P. 45(c)

**Northwest Justice Project**
510 Larson Building, 6 S. 2nd St.,
Yakima, Washington 98901
Phone: (509) 574-4234  Fax: (509) 574-4238

| | |
|---|---|
| 1 | Defendant, and |
| 2 | |
| 3 | JUAN MARIN AND ANGELITA MARIN, a marital community, |
| 4 | Defendant- Intervenor. |

Plaintiffs respectfully move the court pursuant to Fed. R. Civ. P. 45(c)(3)(A)(iii) for an order quashing subpoenas requiring Mid Valley Community Clinic and Sunnyside Hospital ("Clinics") to produce all records in their possession, custody, and control relating to Class Members Esmeralda Aviles, Vanessa Aviles, Carina Gutierrez, and Veronica Reyna ("Class Members") between January 1, 2005 and the present. Plaintiff Equal Employment Commission moves the court for an order quashing on behalf of all four Class Members listed above. Northwest Justice Project joins the motion on behalf of Class Members Esmeralda Aviles and Vanessa Aviles. The subpoenas call for the records to be produced on December 27, 2011. Alternatively, if the court declines to quash the subpoenas, Plaintiffs respectfully move the court to modify the subpoenas so as to require the Clinics to produce only unprivileged records that are relevant to the issue of emotional distress damages. This motion is supported by a separately filed Memorandum of Law.

DATED this 21st day of December, 2011.

PLAINTIFFS' JOINT MOTION TO QUASH A SUBPOENA FOR MID VALLEY COMMUNITY CLINIC AND SUNNYSIDE COMMUNITY HOSPITAL PURSUANT TO FED. R. CIV. P. 45(c)

**Northwest Justice Project**
510 Larson Building, 6 S. 2nd St.,
Yakima, Washington 98901
Phone: (509) 574-4234  Fax: (509) 574-4238

NORTHWEST JUSTICE PROJECT

BY: *s/ Blanca E. Rodriguez*
Blanca E. Rodriguez, WSBA #27745
Northwest Justice Project
510 Larson Building
6 S. Second Street
Yakima, WA 98901
Tel: 509.574.4234
blancar@nwjustice.org

*Attorney for Plaintiffs-Intervenors*

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

| | |
|---|---|
| WILLIAM R. TAMAYO | P. DAVID LOPEZ |
| Regional Attorney | General Counsel |
| JOHN STANLEY | JAMES L. LEE |
| Supervisory Trial Attorney | Deputy General Counsel |
| CARMEN FLORES | GWENDOLYN Y. REAMS |
| Senior Trial Attorney | Associate General Counsel |
| MAY CHE | OFFICE OF THE GENERAL |
| Senior Trial Attorney | COUNSEL |
| DEBRA SMITH | 131 M Street NE, 5th Floor |
| Senior Trial Attorney | Washington, D.C. 20507 |

BY: _/s/ Carmen Flores_____
EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

*Attorneys for Plaintiff*

PLAINTIFFS' JOINT MOTION TO QUASH A SUBPOENA FOR MID VALLEY COMMUNITY CLINIC AND SUNNYSIDE COMMUNITY HOSPITAL PURSUANT TO FED. R. CIV. P. 45(c)

**Northwest Justice Project**
510 Larson Building, 6 S. 2nd St.,
Yakima, Washington 98901
Phone: (509) 574-4234  Fax: (509) 574-4238

# CERTIFICATE OF SERVICE

I Alex Galarza hereby certify that on this 21st day of December 2011, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing and also sent to each individual's email address below:

      John F Stanley      John.stanley@eeoc.gov
      Carmen Flores      Carmen.flores@eeoc.gov
      Debra Smith      Debra.smith@eeoc.gov
      May Che      May.che@eeeoc.gov
      William R. Tamayo      William.tamayo@eeoc.gov

Equal Employment Opportunity Commission
Seattle Field Office
909 First Ave, Suite 400
Seattle, WA 98104


      Carolyn Cairns      cc@stokeslaw.com
      Brendan Monahan      bvm@stokeslaw.com
      Sarah Wixson      slw@stokeslaw.com
      Justo Gonzalez      jgg@stokeslaw.com

Stokes Lawrence
Velikanje Moore & Shore
120 N. Naches Ave
Yakima, WA 98901
Tel: 509.853-3000


      Christopher J. DeGroff      cdegroff@seyfarth.com
      Asilia S. Backus      abackus@seyfarth.com

PLAINTIFFS' JOINT MOTION TO QUASH A SUBPOENA FOR MID VALLEY COMMUNITY CLINIC AND SUNNYSIDE COMMUNITY HOSPITAL PURSUANT TO FED. R. CIV. P. 45(c)

**Northwest Justice Project**
510 Larson Building, 6 S. 2nd St.,
Yakima, Washington 98901
Phone: (509) 574-4234  Fax: (509) 574-4238

| | |
|---|---|
| 1 | Gerald L. Maatman     gmaatman@seyfarth.com |
| 2 | Seyfarth Shaw LLP |
| | 121 South Dearborn Street |
| 3 | Suite 400 |
| | Chicago, IL 60603-5577 |
| 4 | Tel: 312-460-5000 |
| 5 | |
| 6 | Laura J. Maechtlen     lmaechtlen@seyfarth.com |
| 7 | Seyfarth Shaw LLP |
| | 560 Mission Street, Suite 3100 |
| 8 | San Francisco, CA 94105 |
| | Tel: 415.397-2823 |
| 9 | |
| 10 | |
| | Daniel Robbins Case     rob@lbplaw.com |
| 11 | |
| | Larson Berg & Perkins PLLC |
| 12 | 105 North 3rd Street |
| | Yakima, WA 98907 |
| 13 | Tel: 509.457-1515 |
| 14 | |
| |        s/Alex Galarza |
| 15 |        Alex Galarza, Legal Assistant |

PLAINTIFFS' JOINT MOTION TO QUASH A SUBPOENA FOR MID VALLEY COMMUNITY CLINIC AND SUNNYSIDE COMMUNITY HOSPITAL PURSUANT TO FED. R. CIV. P. 45(c)

**Northwest Justice Project**
510 Larson Building, 6 S. 2nd St.,
Yakima, Washington 98901
Phone: (509) 574-4234  Fax: (509) 574-4238