Blanca E. Rodriguez, WSBA #27745
Northwest Justice Project
510 Larson Building
6 S. Second Street
Yakima, Washington 98901
Tel: (509) 574-4234 x 22
Fax: (509) 574-4238

*Attorney for Plaintiffs-Intervenors*

WILLIAM R. TAMAYO, Regional Attorney
JOHN STANLEY, Supervisory Trial Attorney
CARMEN FLORES, Senior Trial Attorney
MAY CHE, Senior Trial Attorney
DEBRA A. SMITH, Senior Trial Attorney
EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
SEATTLE FIELD OFFICE
909 FIRST AVENUE, SUITE 400
SEATTLE, WA  98104
TEL: (206) 220-6853
carmen.flores@eeoc.gov

*Attorneys for Plaintiff EEOC*

HONORABLE LONNY R. SUKO

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION<br><br>Plaintiff,<br><br>ELODIA SANCHEZ<br><br>Plaintiff-Intervenor,<br><br>v.<br><br>EVANS FRUIT CO., INC. | No. CV-10-3033-LRS<br><br>(PROPOSED) ORDER GRANTING PLAINTIFFS' JOINT MOTION TO QUASH |

(PROPOSED) ORDER GRANTING PLAINTIFFS' JOINT MOTION TO QUASH - 1

**Northwest Justice Project**
510 Larson Building, 6 S. 2nd St.,
Yakima, Washington 98901
Phone: (509) 574-4234  Fax: (509) 574-4238

| | |
|---|---|
| 1 | Defendant, and |
| 2 | |
| 3 | JUAN MARIN AND ANGELITA MARIN, a marital community, |
| 4 | Defendant-Intervenor. |

**BEFORE THE COURT** is the Plaintiffs' Joint Motion to Quash Subpoenas for Mid Valley Community Clinic and Sunnyside Community Hospital (ECF No. ___). The Court has reviewed the Motion and all evidence submitted in support of and in opposition to the Motion, if any, the pleadings on file, and is fully informed. Plaintiffs' Joint Motion to Quash Subpoenas for Mid Valley Community Clinic and Sunnyside Community Hospital is **GRANTED.**

**IT IS SO ORDERED.** The District Court Executive is directed to enter this order and to provide copies to counsel of record.

**DATED** this ___ day of _____, 2011.

_____
LONNY R. SUKO
United States District Court Judge

(PROPOSED) ORDER GRANTING PLAINTIFFS' JOINT MOTION TO QUASH - 2

**Northwest Justice Project**
510 Larson Building, 6 S. 2nd St.,
Yakima, Washington 98901
Phone: (509) 574-4234  Fax: (509) 574-4238

Jointly Presented By:

NORTHWEST JUSTICE PROJECT

BY: *s/ Blanca E. Rodriguez*
Blanca Rodriguez, WSBA #27745
Northwest Justice Project
510 Larson Building
6 S. Second Street
Yakima, WA 98901
Tel: 509.574.4234
blancar@nwjustice.org

*Attorney for Plaintiffs-Intervenors*

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

| WILLIAM R. TAMAYO | P. DAVID LOPEZ |
| Regional Attorney | General Counsel |
| | |
| JOHN STANLEY | JAMES L. LEE |
| Supervisory Trial Attorney | Deputy General Counsel |
| | |
| CARMEN FLORES | GWENDOLYN Y. REAMS |
| Senior Trial Attorney | Associate General Counsel |
| | |
| MAY CHE | OFFICE OF THE GENERAL |
| Senior Trial Attorney | COUNSEL |
| | |
| DEBRA SMITH | 131 M Street NE, 5th Floor |
| Senior Trial Attorney | Washington, D.C. 20507 |

BY: __/s/ *Carmen Flores*_____
EQUAL EMPLOYMENT OPPORTUNITY
COMMISSION

*Attorneys for Plaintiff*

(PROPOSED) ORDER GRANTING PLAINTIFFS' JOINT
MOTION TO QUASH - 3

**Northwest Justice Project**
510 Larson Building, 6 S. 2nd St.,
Yakima, Washington 98901
Phone: (509) 574-4234  Fax: (509) 574-4238

## CERTIFICATE OF SERVICE

I Alex Galarza hereby certify that on this 21st day of December 2011, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing and also sent to each individual's email address below:

| | |
|---|---|
| John F Stanley | John.stanley@eeoc.gov |
| Carmen Flores | Carmen.flores@eeoc.gov |
| Debra Smith | Debra.smith@eeoc.gov |
| May Che | May.che@eeeoc.gov |
| William R. Tamayo | William.tamayo@eeoc.gov |

Equal Employment Opportunity Commission
Seattle Field Office
909 First Ave, Suite 400
Seattle, WA 98104

| | |
|---|---|
| Carolyn Cairns | cc@stokeslaw.com |
| Brendan Monahan | bvm@stokeslaw.com |
| Sarah Wixson | slw@stokeslaw.com |
| Justo Gonzalez | jgg@stokeslaw.com |

Stokes Lawrence
Velikanje Moore & Shore
120 N. Naches Ave
Yakima, WA 98901
Tel: 509.853-3000

| | |
|---|---|
| Christopher J. DeGroff | cdegroff@seyfarth.com |
| Asilia S. Backus | abackus@seyfarth.com |

(PROPOSED) ORDER GRANTING PLAINTIFFS' JOINT MOTION TO QUASH - 4

**Northwest Justice Project**
510 Larson Building, 6 S. 2nd St.,
Yakima, Washington 98901
Phone: (509) 574-4234  Fax: (509) 574-4238

1  Gerald L. Maatman gmaatman@seyfarth.com

2  Seyfarth Shaw LLP
   121 South Dearborn Street
3  Suite 400
   Chicago, IL 60603-5577
4  Tel: 312-460-5000

5

6  Laura J. Maechtlen lmaechtlen@seyfarth.com

7  Seyfarth Shaw LLP
   560 Mission Street, Suite 3100
8  San Francisco, CA 94105
   Tel: 415.397-2823

9

10
   Daniel Robbins Case rob@lbplaw.com
11
   Larson Berg & Perkins PLLC
12 105 North 3rd Street
   Yakima, WA 98907
13 Tel: 509.457-1515

14
                    s/Alex Galarza
15                  Alex Galarza, Legal Assistant

(PROPOSED) ORDER GRANTING PLAINTIFFS' JOINT
MOTION TO QUASH - 5

**Northwest Justice Project**
510 Larson Building, 6 S. 2nd St.,
Yakima, Washington 98901
Phone: (509) 574-4234  Fax: (509) 574-4238