# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>                              Plaintiff,<br><br>vs.<br><br>EVANS FRUIT COMPANY, INC., ET AL,<br><br>                              Defendants. | Case No.  CV-10-03033-LRS<br><br>CIVIL MINUTES<br><br>DATE: 5/24/12<br><br>LOCATION: YAKIMA<br><br>TELEPHONIC STATUS CONFERENCE HEARING |

| Judge LONNY R. SUKO |||||
|---|---|---|---|
| Laura McClure | Fred Karau | N/A | Lynette Walters |
| **Courtroom Deputy** | **Law Clerk** | **Interpreter** | **Court Reporter** |
| Carmen Flores<br>Debra A. Smith<br>Blanca E. Rodriguez<br>Jamal N. Whitehead<br>Graciela Navarro<br>John F. Stanley<br>May R. Che<br>William R. Tamayo | | Carolyn Cairns<br>Justo G. Gonzalez<br>Daniel R. Case<br>Christopher J. DeGroff | |
| **Plaintiff's Counsel** | | **Defendant's Counsel** | |

[ ]  Open Court            [ ]   Chambers            [X]   Teleconf

Comments by the Court regarding ordered mediation.
The Court informed the parties Judge Michael Hogan and Ford Elsaesser will handle the mediation which is scheduled for 6/28/12, in Yakima.

Counsel and the Court discussed scheduling issues and deadlines regarding this case and EEOC v Evans Fruit case, CV-11-03093-LRS.

A follow-up status conference was scheduled by the Court.

**Telephonic Status Conference: 7/9/12 @ 9:30 am Y/LRS**

[ ]  ORDER FORTHCOMING

| CONVENED: 2:33 PM | ADJOURNED: 2:48 PM | TIME: 15 MINUTES | CALENDARED [   ] |
|---|---|---|---|