FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

APR 0 3 2013

SEAN F. McAVOY, CLERK
_____DEPUTY
YAKIMA, WASHINGTON

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WASHINGTON

|  |  |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, ) ) ) ) | No. CV-10-3033-LRS |
| Plaintiff, ) ) | |
| ) **VERDICT FORM** | |
| and ) ) | |
| ELODIA SANCHEZ, DANELIA BARAJAS, and CESILIA LUA, ) ) ) ) | |
| Plaintiffs-Intervenors, ) ) ) | |
| v. ) ) | |
| EVANS FRUIT CO., INC., ) ) | |
| Defendant. ) ) | |

We, the jury in the above-entitled case, provide the following answers to the questions submitted by the court:

1. As to each claimant, do you find by a preponderance of the evidence that she was subjected to a sexually hostile work environment while employed at Evans Fruit?

Esther Abarca _____ YES __X__ NO

Magdalena Alvarez   \_\_\_\_YES   __X__NO

Diana Barajas   \_\_\_\_YES   __X__NO

Danelia Barajas   \_\_\_\_YES   __X__NO

Aurelia Garcia   \_\_\_\_YES   __X__NO

Wendy Granados   \_\_\_\_YES   __X__NO

Carina Miranda Gutierrez   \_\_\_\_YES   __X__NO

Eufrocina Hernandez   \_\_\_\_YES   __X__NO

.Sylvia Isquierdo   \_\_\_\_YES   __X__NO

Cesilia Lua   \_\_\_\_YES   __X__NO

Elodia Sanchez   \_\_\_\_YES   __X__NO

Lidia Sierra Bravo   \_\_\_\_YES   __X__NO

Veronica Reyna   \_\_\_\_YES   __X__NO

Norma Valdez   \_\_\_\_YES   __X__NO

**If you answered "No" as to a claimant, do not answer Questions Nos. 4, 5, 6 and 7 regarding that claimant.**

### TITLE VII

2. Do you find by a preponderance of the evidence that Juan Marin was a "proxy" for Evans Fruit at the Rattlesnake Ranch?

 \_\_\_\_YES   __X__NO

3. Do you find by a preponderance of the evidence that Evans Fruit crew leaders at the Rattlesnake Ranch were "supervisors?"

_____YES    __X__NO

4. Do you find by a preponderance of the evidence that Evans Fruit is liable under Title VII to claimants?

| | | |
|---|---|---|
| Esther Abarca | _____YES | _____NO |
| Magdalena Alvarez | _____YES | _____NO |
| Diana Barajas | _____YES | _____NO |
| Danelia Barajas | _____YES | _____NO |
| Aurelia Garcia | _____YES | _____NO |
| Wendy Granados | _____YES | _____NO |
| Carina Miranda Gutierrez | _____YES | _____NO |
| Eufrocina Hernandez | _____YES | _____NO |
| Sylvia Isquierdo | _____YES | _____NO |
| Cesilia Lua | _____YES | _____NO |
| Elodia Sanchez | _____YES | _____NO |
| Lidia Sierra Bravo | _____YES | _____NO |
| Veronica Reyna | _____YES | _____NO |
| Norma Valdez | _____YES | _____NO |

## WASHINGTON LAW

5. Do you find by a preponderance of the evidence that Evans Fruit is liable under the Washington Law Against Discrimination (WLAD) to the Plaintiffs-Intervenors for creation of a sexually hostile work environment?

Danelia Barajas _____YES _____NO

Cesilia Lua _____YES _____NO

Elodia Sanchez _____YES _____NO

6. Do you find by a preponderance of the evidence that Evans Fruit is liable to Plaintiffs-Intervenors for negligent supervision?

Danelia Barajas _____YES _____NO

Cesilia Lua _____YES _____NO

Elodia Sanchez _____YES _____NO

7. Do you find by a preponderance of the evidence that Evans Fruit is liable to Plaintiffs-Intervenors for negligent retention?

Danelia Barajas _____YES _____NO

Cesilia Lua _____YES _____NO

Elodia Sanchez _____YES _____NO

Juror # 5