AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## Eastern District of Washington

EQUAL EMPLOYMENT OPPORTUNITY
COMMISSION, ET AL,
Plaintiffs,

v.

EVANS FRUIT CO., INC.,
Defendant.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: CV-10-3033-LRS

[x] **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[ ] **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that pursuant to the jury verdict, Defendant Evans Fruit is awarded judgment on all claims asserted by Plaintiff EEOC, charging parties and class members, and all claims asserted by Plaintiffs-Intervenors.

4/03/13
*Date*

SEAN F. McAVOY
*Clerk*
s/ Karen White
*(By) Deputy Clerk*
Karen White