# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, )<br><br>Plaintiff, )<br><br>ELODIA SANCHEZ, DANELIA BARJAS, and CECILIA LUA, )<br><br>Plaintiffs-Intervenors, )<br><br>vs. )<br><br>EVANS FRUIT CO., INC., )<br><br>Defendant, )<br><br>JUAN MARIN and ANGELITA MARIN, a marital community )<br><br>Defendants-Intervenors. )<br>_____ ) | NO. CV-10-3033-LRS<br><br>**JUDGMENT IN A CIVIL CASE** |

Jury Verdict.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

Decision by the Court.  This action came to hearing before the Court.  The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that pursuant to the Second Order Re Evans Fruit Co., Inc.'s Motion For Summary Judgment (ECF No. 739), Order Re Motion For Partial Summary Judgment By Juan And Angelita Marin (ECF No. 740), Jury Verdict (ECF No. 982), Order Granting Motion For Dismissal (ECF No. 1044), Order Re Motion To Alter Or Amend Judgment (ECF No. 1045),  and Order Re Bill Of Costs (ECF No. 1046):

1    (1)    Defendant Evans Fruit is awarded judgment on all claims asserted

2            against it by Plaintiff EEOC and by Plaintiffs-Intervenors;

3    (2)    Defendants-Intervenors Juan and Angelita Marin are awarded

4            judgment on all claims asserted against them by Plaintiffs-Intervenors;

5    (3)    the Preliminary Injunction Order entered on November 30, 2010 is

6            dissolved and is of no further effect; and

7    (4)    Defendant is awarded total costs in the sum of $44,954.86 against

8            Plaintiff EEOC only.

9

10

11                                SEAN F. McAVOY
                        District Court Executive/Clerk of Court

12

13

14   DATED:  July 22, 2013          by:      s/Cora Vargas
                                            Cora Vargas, Deputy Clerk
15

16

17

18

19

20

21

22

23

24

25

26