

**FILED**

**JAN 04 2016**

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, <br><br> Plaintiff, <br><br> ELODIA SANCHEZ, et al., <br><br>   Intervenors-Plaintiffs-Appellants, <br><br> v. <br><br> EVANS FRUIT CO., INC., <br><br>   Defendant-Appellee, <br><br> JUAN MARIN, <br><br>   Intervenor-Defendant-Appellee. | No. 13-35885 <br><br> D.C. No. 2:10-cv-03033-LRS <br> Eastern District of Washington <br><br> ORDER |
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, <br><br> Plaintiff-Appellant, <br><br> ELODIA SANCHEZ, et al., <br><br>   Intervenors-Plaintiffs, <br><br> v. <br><br> EVANS FRUIT CO., INC., <br><br>   Defendant-Appellee, | No. 13-35886 <br><br> D.C. No. 2:10-cv-03033-LRS <br> Eastern District of Washington |

JUAN MARIN,

      Intervenor-Defendant-Appellee.

Before: O'SCANNLAIN, EBEL[*], and McKEOWN, Circuit Judges.

THIS MATTER comes before the Court upon the Joint Motion of the Equal Employment Opportunity Commission and Intervenors to Voluntarily Dismiss Appeal filed with this Court on December 31, 2015.

IT IS THEREFORE ORDERED THAT these appeals are dismissed with prejudice. Each party shall bear its own costs and fees on appeal. The copy of this order shall serve as the mandate of this court.

---

[*] The Honorable David M. Ebel, Circuit Judge for the U.S. Court of Appeals for the Tenth Circuit, sitting by designation.